IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARK MARTIN,

    Plaintiff,

vs.

DANIEL DOBSON,

    Defendant.

Case No. 3:09cv00208

District Judge Walter Herbert Rice
Magistrate Judge Sharon L. Ovington

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON FEBRUARY 5, 2010 (Doc. #10); DISMISSING PLAINTIFF MARK MARTIN'S COMPLAINT; DISMISSING DEFENDANT DANIEL DOBSON'S COUNTERCLAIMS AND THIRD PARTY CLAIMS; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on February 5, 2010 (Doc. #10) is ADOPTED in full;

2. Plaintiff Mark Martin's Complaint is DISMISSED;

3. Defendant Daniel Dobson's Counterclaims and Third Party Claims are DISMISSED; and

4. The case is terminated on the docket of this Court.

                                                                                        Walter Herbert Rice
                                                                                      United States District Judge